UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-376 (JFD)

UNITED STATES OF AMERICA,

           Plaintiff,

v.                             **ORDER TO UNSEAL**

VANCE LUTHER BOELTER,

           Defendant.

This matter is before the Court on the Motion of the United States to Unseal the Complaint in this case.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the Motion is granted, and the Complaint is hereby unsealed.

Dated: June 16, 2025                     *s/ John F. Docherty*
                                            THE HONORABLE JOHN F. DOCHERTY
                                            UNITED STATES MAGISTRATE JUDGE