IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          25-mj-376 JFD |
| | ) | Date:              June 16, 2025 |
| Vance Luther Boelter, | ) | Court Reporter:   Tim Willette |
| | ) | Courthouse:       St. Paul |
| Defendant. | ) | Courtroom:        Devitt Courtroom |
| | ) | Time Commenced:   1:29 p.m. |
| | ) | Time Concluded:   1:42 p.m. |
| | ) | Time in Court:    13 minutes |

APPEARANCES:

Plaintiff: Bradley Endicott, Harry Jacobs and Daniel Bobier, Assistant U.S. Attorneys
Defendant: Matthew Deates, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: June 15, 2025    Offense: Count 1: Stalking-Use of Interstate Facilities; Count 2: Stalking-Use of Interstate Facilities; Count 3: Possession and use of a firearm in furtherance of Murder; Count 4: Possession and use of a firearm in furtherance of Murder; Count 5: Knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, which was brandished and discharged; Count 6: Knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, which was brandished and discharged.

    X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Defense moves the Court to find good cause to set the next hearing for June 27, 2025. ECF no. 8 is X **GRANTED.**

Next appearance date is Friday, June 27, 2025 at 11:00 a.m. before U.S. Magistrate Judge Douglas L. Micko in the Devitt Courtroom (STP) for:
    X Detention hrg        X Preliminary hrg

X The Government moves to dismiss the unlawful flight complaint filed in case number 25-mj-375 JFD.
    X **GRANTED.** The Court awaits input from counsel regarding the unsealing of this matter.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                              _s/nah_____
                                                    Signature of Courtroom Deputy