UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No: 25-mj-376 JFD

      Plaintiff,

v.

                                                **Brady Obligation Order**

Vance Luther Boelter,

      Defendant.

_____

      Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

      **IT IS SO ORDERED.**

      Dated:  June 16, 2025

                                   *s/John F. Docherty*
                                   John F. Docherty
                                   U.S. Magistrate Judge