UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                  Case No: 25-mj-376 JFD

  Plaintiff,

v.

                                                                    ORDER OF PRELIMINARY
                                                                    DETENTION PENDING HEARING
                                                                    PURSUANT TO BAIL REFORM ACT

Vance Luther Boelter,

  Defendant.

---

Upon motion of the United States it is ORDERED that a detention/preliminary hearing is set for June 27, 2025 at 11:00 a.m. before Magistrate Judge Douglas L. Micko, Devitt Courtroom, Warren E. Burger Building and U.S. Courthouse, St. Paul, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: June 16, 2025                              *s/John F. Docherty*
                                                              John F. Docherty
                                                              U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.