UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-376 (JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VANCE LUTHER BOELTER,

    Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorneys to the above-captioned case:

<u>Add AUSAs</u>

Bradley M. Endicott
Matthew D. Forbes
Daniel W. Bobier

Dated: June 23, 2025

Respectfully submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

*/s/ Harry M. Jacobs*
BY: HARRY M. JACOBS
Assistant U.S. Attorney