**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,          )
                                   )          **COURT MINUTES - CRIMINAL**
              Plaintiff,           )          BEFORE:  DOUGLAS L. MICKO
                                   )          U.S. Magistrate Judge
v.                                 )
                                   )   Case No:            25-mj-376 JFD
                                   )   Date:               June 27, 2025
Vance Luther Boelter,              )   Court Reporter:     Caitlin Albrecht
                                   )   Courthouse:         St. Paul
              Defendant.           )   Courtroom:          Devitt Courtroom
                                       Time Commenced:     11:06 a.m.
                                       Time Concluded:     11:13 a.m.
                                       Time in Court:  7 minutes


        X **PRELIMINARY/DETENTION HRG**
              Time in Court Prelim/Det: 3 minutes/4 minutes

APPEARANCES:

   Plaintiff: Harry Jacobs, Matthew Forbes and Bradley Endicott, Assistant U.S. Attorney
   Defendant:  Manny Atwal
              X FPD


On      X Complaint


Defense counsel motions for continuance of the preliminary hearing under Rule 5.1(d) and the detention hearing
under 18:3142(f). Motion GRANTED.
The detention and preliminary hearing have been continued to Thursday, July 3, 2025 at 2:30 p.m. before Magistrate
Judge Douglas L. Micko in Edward J. Devitt Courtroom, Warren E. Burger Federal Building and U.S. Courthouse,
Saint Paul, Minnesota.


Additional Information:
-Defendant consents to have the preliminary hearing outside the 14-day continuance.


                                             _____*s/aln*_____
                                             Signature of Courtroom Deputy